UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

ANTHONY LEE McNAIR, )
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 4:12-CV-139-F
)
UNITED STATES OF AMERICA, )
        Defendant. )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the court hereby ADOPTS the Magistrate Judge's M&R and Plaintiff's application to proceed *in forma pauperis* is ALLOWED but his Complaint is DISMISSED. Any other pending motions are DENIED as moot.

**This Judgment Filed and Entered on October 29, 2012, and Copies To:**

Anthony Lee McNair (via regular mail to 1228 Hill Street, Rocky Mount, NC 27801)

DATE                                                          JULIE A. RICHARDS, CLERK
October 29, 2012                                /s/ Susan K. Edwards
                                                                      (By) Susan K. Edwards, Deputy Clerk